THE STATE EX REL. PHOENIX LAND & IMPROVEMENT COMPANY v. FRED W. COON, Judge of Circuit Court.

Court en Banc, August 8, 1926.

**CONDEMNATION: Dismissal.** A school district, which has instituted a proceeding to condemn land for a public use and has timely filed exceptions to the report of the commissioners and been awarded a trial by jury, has a right to dismiss the suit at any time before judgment.

---

Corpus Juris-Cyc. References: **Eminent Domain,** 20 C. J., Section 457, p. 1077, n. 95.

Prohibition.

PRELIMINARY RULE DISCHARGED.

WALKER, J.—This is a proceeding in prohibition. The sole question involved is the right of a School District in Kansas City to dismiss a condemnation suit under the facts in that particular case. This court has, in the case of State ex rel. School District of Kansas

City v. Phoenix Land & Improvement Company, 315 Mo. 775, ruled that the district in question has that power and the grounds relied upon by the relator for the issuance of the writ herein do not exist. Our preliminary rule is, therefore, discharged. All concur, except *Graves, J.*, absent.